Decided October 31, 2006

STATE OF CONNECTICUT *v.* JAMES PEARSON

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 414 (AC 25715), is denied.

_____

* The appeal was withdrawn June 4, 2007.

*Adele V. Patterson*, assistant public defender, in support of the petition.

*Robert J. Scheinblum*, senior assistant state's attorney, in opposition.

Decided October 31, 2006